[No. 13418–7–II.  Division Two.  March 19, 1990.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL JOSEPH TIGHE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89–1–00136–8, Rosanne Buckner, J., entered November 30, 1989. *Reversed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 12384–3–II.  Division Two.  March 19, 1990.]

ALBERTINE DUNNE SOBBA, *Appellant*, v. WALTER LEROY SOBBA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87–3–02362–1, Waldo F. Stone, J., entered October 7, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 12429–7–II.  Division Two.  March 19, 1990.]

MARGARET G. CASEY, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–02035–1, Rosanne Buckner, J., entered November 4, 1988. *Reversed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.